

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
CHARLES CRUME AND PATRICIA CRUME,  
DEBTORS

CHAPTER 13 PROCEEDING  
CASE NO. 18-12862-JDW

### AGREED ORDER DOCKET NO.15

THIS DAY, the Objection to Proposed Plan and Confirmation Thereof [dkt. 15], filed by Federal National Mortgage Association ("Fannie Mae") c/o Seterus, Inc., came on for consideration, and the Court has been advised that all parties have reached the following agreement:

1. Subsequent to the Objection [dkt. 15] having been filed, the Debtors amended the plan [dkt. 23], and said Amended Plan resolves the issues raised in the Objection to Confirmation.

2. The parties are in agreement for the claim filed by Seterus, Inc., as servicer for Federal National Mortgage Association (Claim no. 7) to be paid as filed, with a pre-petition arrearage of $10,477.59 through September 2018 to be paid to Seterus, Inc. over the life of the plan. Ongoing post-petition payments shall be paid direct by the Debtor to Seterus, Inc. in the

amount of $619.64, beginning with the payment owed for October 2018, and continuing thereafter until further notification is filed with this Court.

3. The Objection to Confirmation [dkt. 15] is resolved.

##END OF ORDER##

AGREED TO:

/s/ Laura Henderson-Courtney, MSB #2266
Laura Henderson-Courtney, Attorney for Plaintiff

Sau Howell  #101679
Sabrina D. Howell, Attorney for Debtors

/s/ Jeffrey Tyree (with permission), attorney for
Terre M. Vardaman, Chapter 13 Trustee

Presented by:
J. Gary Massey, MSB#1920
Bradley P. Jones, MSB#9731
Laura Henderson-Courtney, MSB#2266
SHAPIRO & MASSEY, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: msbankruptcy@logs.com
BK Case No. 18-12862-JDW